

# Missouri Court of Appeals

## Southern District

## Division Two

GINA BEAMAN,                             )
                                         )
    Appellant,                    )
                                         )
vs.                                      )   No. SD36473
                                         )
LOWE'S HOME CENTERS, INC.,               )   **Filed:** June 23, 2020
                                         )
    Respondent.                   )

### APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS COMMISSION

### **AFFIRMED**

Gina Beaman lost a workers' compensation claim for failure to carry her burden of proof. She appeals, charging in each of six points that "there was not sufficient competent evidence" to support a decision against her. *See* § 287.495.1(4), RSMo. (2000)[1]

Only factual findings needed to make an award for the employee need evidentiary support. ***Annayeva v. SAB of TSD of City of St. Louis***, 597 S.W.3d 196, 200 n.8 (Mo. banc 2020). This tracks a basic precept – no evidence is needed to find against the party who bore the burden of proof or to uphold that decision on appeal. *See, e.g.*, ***Taylor v. Taylor***, 585 S.W.3d 390, 395 & n.5 (Mo. App. S.D. 2019).

Offering no cognizable legal basis for reversal, Beaman's § 287.495.1(4) complaints fail without further discussion or analysis. *See* ***Guinn v. Treasurer***, No. SD36380, slip op. at 9 (Mo. App. S.D. May 4, 2020). We reject all points and affirm the denial of benefits.

MARY W. SHEFFIELD, J. – OPINION AUTHOR
DANIEL E. SCOTT, P.J. – CONCURS
DON E. BURRELL, J. – CONCURS

---

[1] Harmonized with the constitutional standard ("supported by competent and substantial evidence[,]" Mo. Const. art. V, § 18) in ***Hampton v. Big Boy Steel Erection***, 121 S.W.3d 220, 222 (Mo. banc 2003).